GEORGE C. LEMON *et al*

*v.*

HEMAN BALDWIN

APPEAL from the Circuit Court of LaSalle county; the Hon. MADISON E. HOLLISTER, Judge, presiding.

Messrs. LELAND & BLANCHARD, for the Appellants.

Mr. A. E. STEVENSON, and Mr. T. M. SHAW, for the Appellee.

Mr. CHIEF JUSTICE WALKER: This record presents the same questions which were discussed and determined at the present term, in the case of *Lemon* v. *Stevenson*. It is therefore unnecessary to again discuss them in this case. The judgment of the court below is affirmed.

*Judgment affirmed.*